1  CAROL C. LAM
   United States Attorney
2  JOHN R. KRAEMER
   Assistant U.S. Attorney
3  California Bar Number 110756
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-2934

6  Attorneys for Plaintiff
   United States of America

7

> FILED
>
> OCT 1 9 2006
>
> CLERK, U.S. DISTRICT COURT
> SOUTHERN DISTRICT OF CALIFORNIA
> BY_____ DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Criminal Case No. 06CR1845-JM
                                     )
11              Plaintiff,           )  STIPULATION OF FACT AND JOINT
                                     )  MOTION FOR RELEASE OF
12         v.                        )  MATERIAL WITNESS(ES) AND
                                     )  ORDER THEREON
13  HANDY ALBERTO                    )
        RODRIGUEZ-OSUNA,             )  (Post-Indictment Fast-Track Program)
14                                   )
                Defendant.            )
15  _____ )

16         IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF
17  AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and John R. Kraemer,
18  Assistant United States Attorney, and defendant HANDY ALBERTO RODRIGUEZ-OSUNA, by and
19  through and with the advice and consent of defense counsel, Ellis Johnston, Esq., Federal Defenders of
20  San Diego, Inc., that:
21     1.  Defendant agrees to execute this stipulation and to participate in a full and complete
22  inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.
23  Defendant agrees to plead guilty to Count 2 of the Indictment which charges defendant with a non-
24  mandatory minimum count of Bringing in Aliens Without Presentation, in violation of 8 U.S.C. §
25  §1324(a)(1)(A)(i).
26     2.  Defendant acknowledges receipt of a plea agreement in this case.
27
28

HARO

3. Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before October 23, 2006 and before any depositions of material witnesses are taken.

4. The material witnesses, Francisco Gomez-Toache, Pastor Gonzalez-Munoz, Carlos Ponce-Perez, Jose Manuel Monroy-Trejo and Luis Bonaparte-Zacariaz, in this case:

   a. Are aliens with no lawful right to enter or remain in the United States;

   b. Entered or attempted to enter the United States illegally on or about August 8, 2006;

   c. Were found in rural terrain near the international border with Mexico and were being guided by defendant, and defendant knew of the fact that they were aliens with no lawful right to enter or remain in the United States;

   d. Francisco Gomez-Toache, Pastor Gonzalez-Munoz, Carlos Ponce-Perez, Jose Manuel Monroy-Trejo and Luis Bonaparte-Zacariaz were paying, having others pay on their behalf $1,600-$1,800 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

   e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a. The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

   b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Handy Alberto Rodriguez-Osuna

2

06cr1845

HARO

    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6.    By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 10/18/06

JOHN R. KRAEMER
Assistant United States Attorney

Dated: 10-16-06

ELLIS JOHNSTON, ESQ.
Defense Counsel for
HANDY ALBERTO RODRIGUEZ-OSUNA

Dated: 10-16-06

x HANDY Alberto R. O.
HANDY ALBERTO RODRIGUEZ-OSUNA
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Handy Alberto Rodriguez-Osuna

3

06cr1845



## ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to *his/her/their country of origin.

SO ORDERED.

Dated: 10-19-06

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Randy Alberto Rodriguez-Osuna
4
06cr1845

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Handy Alberto Rodriguez-Osuna )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 06CR1845-JM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 99897198 |

On order of the United States District/Magistrate Judge, __Stormes.__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Francisco Gomez-Toache

DATED: 10-19-06

RECEIVED _____
         DUSM

NITA L. STORMES
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
         Deputy Clerk